George F. Ogilvie III (NSBN 3552)
Daniel I. Aquino (NSBN 12682)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
gogilvie@mcdonaldcarano.com
jarmendariz@mcdonaldcarano.com
daquino@mcdonaldcarano.com

*Attorneys for Plaintiff Washington County Family Entertainment, LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WASHINGTON COUNTY FAMILY ENTERTAINMENT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RNN ENTERTAINMENT INC, ROMEL MARCUS, DERRICK ROBINSON, BODIE ENTERTAINMENT, INC, GUSTAV HENINGBURG, II, JOHN AND JANE DOES 1-10, JAMES G EVANS, FRANCESCO CINA, MING AND SONS, LLC, GOODLIFE ENTERTAINMENT L.L.C., JOHN WARDLOW JR., THE RTD GROUP, LLC, OLUREMI DARAMOLA,<br><br>Defendants. | Case No: 2:20-ms-00016<br><br>**PLAINTIFF WASHINGTON COUNTY FAMILY ENTERTAINMENT, LLC'S MOTION (AND ~~PROPOSED~~ ORDER) FOR REMOVAL OF JULIA ARMENDARIZ FROM CM/ECF SERVICE LIST** |

Plaintiff Washington County Family Entertainment, LLC ("Plaintiff"), by and through its attorneys George Ogilvie III and Daniel Aquino, of McDonald Carano LLP, hereby files this Motion for Removal of Julia Armendariz from the CM/ECF Service List in the above-captioned matter.

This Motion shall also serves as notice that attorney Julia Armendariz has disassociated as counsel of record in this case.

/ / /

/ / /



Accordingly, Plaintiff respectfully requests that Julia Armendariz's name be removed from the CM/ECF Service List in this matter.

Dated this 21st day of June, 2022.

                MCDONALD CARANO LLP

                By: */s/ Daniel I. Aquino*
                    George F. Ogilvie III (NSBN 3552)
                    Daniel I. Aquino (NSBN 12682)
                    2300 West Sahara Avenue, Suite 1200
                    Las Vegas, Nevada 89102
                    gogilvie@mcdonaldcarano.com
                    jarmendariz@mcdonaldcarano.com
                    daquino@mcdonaldcarano.com

                *Attorneys for Plaintiff Washington County Family Entertainment, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 23, 2022